**Dennis BILLUPS, Plaintiff/Appellant,**

v.

**Roger PROCTOR, Defendant/Respondent.**

No. 68718.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 13, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 9, 1996.

Application to Transfer Denied
Oct. 22, 1996.

Dennis Billups, Florissant, pro se.

Steven C. Bublitz, Hazelwood, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

### ORDER

PER CURIAM.

Dennis Billups appeals the summary judgment entered in his action for fraudulent misrepresentation against Roger Proctor. We affirm. No error of law appears, and an extended opinion would have no precedential

value. Judgment affirmed pursuant to Rule 84.16(b)(2).